UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOEL L.,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of<br>Social Security Administration,<br>    Defendant. | C.A. No. 22-00196-MSM-LDA |

ORDER

Mary S. McElroy, United States District Judge.

On June 20, 2023. United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") (ECF No. 18) in the above-captioned matter, recommending that Joel L's Motion to Reverse the Decision of the Commissioner (ECF No. 12) be denied, and Defendant's Motion to Affirm the Decision of the Commissioner (ECF No. 15) be granted. Mr. L filed an objection to the R&R (ECF No. 19).

The Court has reviewed the motions of the parties, the record, and Mr. L's objection to the R&R. The Court agrees with the analysis and recommendations in the R&R. Therefore, the Court overrules Mr. L's objection to the R&R and adopts it in total pursuant to 28 U.S.C. § 636(b)(1). The Court DENIES Plaintiff's Motion to Reverse (ECF No. 12) and GRANTS Defendant's Motion to Affirm (ECF No. 15). Final judgment shall enter in favor of the Defendant.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

August 10, 2023